IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL ELAM | ) | Case No. 3:04CV7120 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Judge Ann Aldrich |
| | ) | |
| JESSE WILLIAMS | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | O R D E R |

The Court has filed its memorandum and order denying the petition for writ of habeas corpus under 28 U.S.C. §2254.  Therefore,

IT IS ORDERED that Elam's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied, and this action is dismissed.  Further, the Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: May 2, 2006